UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No.      1:10-CR-207

    vs.                              GOVERNMENT'S INITIAL PRETRIAL
                                                CONFERENCE SUMMARY STATEMENT

SCOTT ALLAN HERRICK,

    Defendant.
_____/

**I.   DISCOVERY**

A.    Statements of Defendant

        1.    Oral Statements [Rule 16(a)(1)(A)]

        [ ]    There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
        [x]    There are the following written records of oral statements: July 1 and 2, 2010 (single interview that continued past midnight)
        the substance of which
        [x] has been disclosed to defense counsel
        [ ] will be disclosed to defense counsel by

        2.    Written or Recorded Statements [Rule 16(a)(1)(B)

        [x]    There are no written or recorded statements or grand jury testimony of defendant.
        [ ]    There are the following written or recorded statements or grand jury testimony:
        All written or recorded statements
        [ ] have been disclosed to defense counsel
        [ ] will be disclosed to defense counsel by

B.    Defendant's Prior Record [Rule 16(a)(1)(D)]

[x]    The government has made due inquiry and is not aware of any prior criminal record.
[ ]    The government has disclosed defendant's prior criminal history.
[ ]    The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects [Rule 16(a)(1)(E)]</u>

[ ] The government has no documents, tangible objects, or physical evidence required to be disclosed.
[x] The government has the following documents, tangible objects, and physical evidence:
[ ] Controlled Substances:
[ ] Drug Paraphernalia:
[x] Records: <u>birth certificate(s) (to be obtained), Internet Service Provider records (subscriber information for Scott Herrick), YMCA records of employment and enrollment, Boy Scout records of employment (to be obtained)</u>
[ ] Drug Records:
[ ] Firearms:
[ ] Inventory (attached)
[x] Other: <u>child pornography, computers, external hard drive, camera device, iPod, photographs of boys' locker room at YMCA</u>

[x] The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
[ ] State search warrants for computers
[x] Federal  (list case number and caption)
 <u>1:10-MJ-344 (1733 Owasippe Road, Twin Lakes, MI)</u>
 <u>1:10-MJ-348 (HP Pavilion dv6700 laptop computer and iPod Touch)</u>

[x ] They have been made available for inspection and copying by defense counsel.
[x] Defense counsel should make arrangements with
<u>Special Agent Adam Van Deuren, FBI (616) 456-5489</u>

D. <u>Reports of Examinations and Tests [Rule 16(a)(1)(F)]</u>

[ ] The government has no reports of examinations or tests required to be disclosed by Rule 16.
[x] The government has or expects to have reports of the following examinations and tests:

 [ ] Drug Analysis  [ ] Handwriting   [ ] Fingerprints
 [ ] DNA     [ ] Firearms/Nexus  [ ] Gun Operability
 [x] Computer Forensics       [ ] Other

E. <u>Reciprocal Discovery</u>

[x] The government seeks reciprocal discovery.

F.  Notice Under FRE 404(b)

[ ]  The government does not presently intend to introduce 404(b) evidence.
[ ]  The government does presently intend to introduce the following 404(b) evidence:
[x]  The government will provide pretrial notice of 404(b) evidence by <u>two weeks to final pretrial conference.  We are investigating allegations that Defendant had inappropriate contact with children at Gerber Scout Camp.</u>

G.  Other Discovery Matters:


## II. TRIAL

A.  The government requests a [x] jury   [ ] non-jury trial.

B.  Length of trial excluding jury selection is estimated at  <u>3-4</u>  days


## III. MISCELLANEOUS

[x]  The government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.
[ ]  The government is aware of the following potential conflict(s):
[ ]  Government's plea negotiation policy:


Date:  July 26, 2010                                    /s/ Daniel Y. Mekaru
                                                        DANIEL Y. MEKARU
                                                        Assistant United States Attorney