UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        HONORABLE PAUL L. MALONEY

v.

        Case No. 1:10-cr-207

SCOTT ALLAN HERRICK,

        Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for September 8, 2010 and trial scheduled for September 21, 2010. The basis of the defendant's motion is that additional time is necessary to analyze computer hard drives and related data in preparation for trial. The defendant would also like additional time to continue plea negotiations. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **November 22, 2010 at 1:30 p.m.** All motions shall be filed on or before **October 1, 2010**. Jury trial is rescheduled to **November 30, 2010 at 8:45 a.m.**

Dated: September 3, 2010                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge