FILED - KZ
March 21, 2011 3:26 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
  mlg  / ____ Scanned by mlg 3/21

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                           HON. PAUL L. MALONEY

    Plaintiff,                                              CRIMINAL CASE NO.: 1:10-cr-207

Vs.

SCOTT ALLAN HERRICK

    Defendant.

_____/

## WAIVER OF JURY TRIAL

NOW COMES, Scott Allan Herrick, Defendant, by and through counsel, Chris A. Houghtaling, and Assistant United States Attorney, Daniel Y. Mekaru, and stipulate and agree as follows:

1. That the Defendant is aware that any waiver of his right to have a jury trial be in writing.

2. That the government consents to the Defendant's waiver of his right to a jury trial.

3. That the Defendant requests that the Court approve the Waiver of Jury Trial.

4. That the Defendant waives his right to a jury trial and that this is a voluntary, knowing and intelligent choice, pursuant to United States v Sammons, 918 F.2d 591, 596(6th Cir. 1990); United States v Martin, 704 F.2d 267, 271 (6th Cir. 1983).

I have read this agreement and carefully discussed every part of it with my attorney. I understand the terms of this waiver of jury trial, and I voluntarily agree to waive my constitutional right to a jury trial.

Dated: March 18, 2011

Scott Allen Herrick, Defendant
HOUGHTALING, WASIURA & CATALINO

Dated: March 18, 2011

Chris A. Houghtaling, P51239
Attorney for Defendant

DONALD A. DAVIS
United States Attorney

Dated: March **18**, 2011

*/s/ Daniel Y. Mekaru*

Daniel Y. Mekaru
Assistant United States Attorney

I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

Date: 3/21/11

*/s/ Paul L. Maloney*

Paul L. Maloney
Chief United States District Judge